IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDDIE HUNTER, ) | |
| ) | Civil Action No. 07 -74 |
| ) | |
| Plaintiff, ) | Judge Joy Flowers Conti/ |
| ) | Magistrate Judge Lisa Pupo |
| v. ) | Lenihan |
| ) | |
| WILLIAM SCHOUPPE, WARDEN, ) | |
| BEAVER COUNTY JAIL, ) | |
| ) | |
| Defendant. | |

## ORDER

The above captioned case was initiated on January 18, 2007 by the filing of a Motion to Proceed In Forma Pauperis (doc. no. 1) accompanied by a Complaint.  It was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

The Magistrate Judge's Report and Recommendation (doc. no. 4), filed on January 25, 2007, respectfully recommended that Plaintiff's Complaint be dismissed in accordance with the Prison Litigation Reform Act for failure to state a claim upon which relief can be granted.  Plaintiff was served at the beaver County Jail and was advised they he was allowed ten (10) days from the date of service to file written objections.  No objections have been filed. After review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

**AND NOW**, this <u>2nd</u> day of March, 2007;

**IT IS HEREBY ORDERED** that Plaintiff's Complaint is **DISMISSED** in accordance with the Prison Litigation Reform Act for failure to state a claim upon which relief can be granted.

**IT IS FURTHER ORDERED** that the Report and Recommendation (doc. no. 4) of Magistrate Judge Lenihan, dated January 25, 2007, is adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this Case as **CLOSED**.

By the Court:

/s/ Joy Flowers Conti_____
Joy Flowers Conti
United States District Judge

cc:     Lisa Pupo Lenihan
        United States Magistrate Judge

        Eddie Hunter
        Beaver County Jail
        6000 Woodlawn Blvd.
        Aliquippa, PA 15001

        counsel of record